UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.   24cr10186 |
| | ) |
| v. | ) Violation: |
| | ) |
| FABIAN LOPEZ MEJIA, | ) |
| | ) Count One: Unlawful Reentry of |
| Defendant | ) Deported Alien |
| | ) (8 U.S.C. § 1326(a)) |
| | ) |

INDICTMENT

COUNT ONE
Unlawful Reentry of Deported Alien
(8 U.S.C. § 1326(a))

The Grand Jury charges that:

On or about March 29, 2023, in Boston, in the County of Suffolk, in the District of Massachusetts, the defendant,

FABIAN LOPEZ MEJIA,

being an alien and having been excluded, removed, and deported from the United States on or about November 25, 2019, was found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a), and Title 6, United States Code, Sections 202(3) and (4), and 557.

A TRUE BILL

*Penny J Sander*
FOREPERSON

*John J Reynolds III*

JOHN J. REYNOLDS III
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: June 27, 2024
Returned into the District Court by the Grand Jurors and filed.

*Dawn M. King 4:54pm*
DEPUTY CLERK